No. 01–340. RAMBO *v.* DELTA FAMILY-CARE DISABILITY SURVIVORSHIP PLAN. C. A. 9th Cir. Certiorari denied.

No. 01–342. REYES-GAONA *v.* NORTH CAROLINA GROWERS ASSN., INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–345. THURSTON *v.* MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 01–346. VACANCES HELIADES S. A. ET AL. *v.* AAR INTERNATIONAL, INC. C. A. 7th Cir. Certiorari denied.

No. 01–348. CARRABBA ET AL. *v.* RANDALLS FOOD MARKETS, INC. C. A. 5th Cir. Certiorari denied.

No. 01–349. GRAVER ET AL. *v.* MONSANTO CO. ET AL. Ct. App. La., 5th Cir. Certiorari denied.

No. 01–353. AUDAIN *v.* AMERICAN UNIVERSITY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–356. DEAN *v.* CHASE MANHATTAN MORTGAGE CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–357. BERNARD EGAN & CO. ET AL. *v.* FLORIDA DEPARTMENT OF REVENUE. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 01–359. SAFRIT *v.* CONE MILLS CORP. C. A. 4th Cir. Certiorari denied.

No. 01–360. SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE, LOUISIANA CHAPTER, ET AL. *v.* SUPREME COURT OF LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 01–361. HARRIS *v.* CITY OF DORAVILLE ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–365. CHICAGO FIRE FIGHTERS UNION LOCAL 2 ET AL. *v.* CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.